**SECOND DIVISION**
**BARNES, P. J.,**
**GOBEIL and PIPKIN, JJ.**

**NOTICE: Motions for reconsideration must be**
***physically received* in our clerk's office within ten**
**days of the date of decision to be deemed timely filed.**
**https://www.gaappeals.us/rules**

**June 3, 2022**

# In the Court of Appeals of Georgia

A20A0879. THE STATE v. STANFORD.

PIPKIN, Judge.

In *State v. Stanford*, 356 Ga. App. 594 (848 SE2d 465) (2020), we affirmed the partially suspended sentence of Appellee Antwon Rashaad Stanford. In *State v. Stanford*, 312 Ga. 707 (864 SE2d 448) (2021), the Supreme Court of Georgia reversed our decision and remanded the matter for the trial court to "exercise its discretion either to resentence Stanford entirely or merely to strike the suspension and leave the remainder of Stanford's sentence in place." Id. at 711. Accordingly, we vacate our original decision, adopt the opinion of the Supreme Court of Georgia as our own, reverse the judgment of the trial court, and remand this case to the trial court for proceedings consistent with the opinion of the Supreme Court of Georgia.

*Judgment reversed and case remanded with direction. Barnes, P. J., and Gobeil, J., concur.*